UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CAROLINA PINZON-SANABRIA,
Petitioner,
v.
MARKWAYNE MULLIN, *et al.*,
Respondents.

Case No. 5:26-cv-04331-FLA (CTS)

**ORDER GRANTING PETITIONER'S UNOPPOSED *HABEAS* PETITION [DKT. 1]**

**RULING**

On July 23, 2026, Petitioner Carolina Pinzon-Sanabria ("Petitioner," A# 241-000-417) filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"), challenging her immigration detention as a violation of, *inter alia*, the Due Process Clause of the Fifth Amendment, the Immigration and Nationality Act, and applicable federal regulations. Dkt. 1. Petitioner requests the court, *inter alia*, "[g]rant Petitioner a Writ of Habeas Corpus directing the Respondents to immediately release Petitioner from custody," and "[e]nter preliminary and permanent injunctive relief enjoining Respondents from further unlawful detention of Petitioner and release her with the same conditions she was subject to prior to her re-detention on June 27, 2026." *Id.* ¶¶ 129–30.

On August 11, 2026, Respondents filed a Response to the Petition, stating: "Respondents are not presenting an opposition argument at this time as to the Petition. Should the [c]ourt enter relief, judgment may be entered, and consistent with the 'expeditious resolution' of § 2241 Immigration Petitions required by the General Order [Dkt. 12], no more filings or proceedings will be necessary in this matter." Dkt. 10 at 2; Dkt. 12 at 2.

As Respondents do not advance any argument in opposition to the Petition, the court GRANTS the unopposed Petition and ORDERS as follows:

(1) Respondents are ORDERED to release Petitioner from custody immediately, under the same conditions as she was released prior to her arrest on or around June 27, 2026, and re-detention;

(2) Respondents are ORDERED to return all property to Petitioner that was confiscated from her when she was arrested and processed into detention;

(3) Respondents are ORDERED to file a statement with the court within seven (7) days of this Order, attesting to Respondents' compliance with this Order; and

(4) Petitioner's request for costs pursuant to the Equal Access to Justice Act and 28 U.S.C. § 2412 (Dkt. 1 at 33) is REFERRED to the Magistrate Judge for a report and recommendation.

In light of the issuance of the subject Order, the court DECLINES to consider or address the Report and Recommendation of United States Magistrate Judge (Dkt. 16) and Respondents' objection thereto (Dkt. 17).

IT IS SO ORDERED.

Dated: August 14, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge