JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA PINZON-SANABRIA,<br>Petitioner,<br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br>Respondents. | Case No. 5:26-cv-04331-FLA (CTS)<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petitioner's Unopposed *Habeas* Petition, the court GRANTS Petitioner Carolina Pinzon-Sanabria's (A# 241-000-417) petition for writ of *habeas corpus* (Dkt. 1) and ENTERS Judgment in Petitioner's favor.

IT IS SO ORDERED AND ADJUDGED.

Dated: August 14, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge